```
                        United States Bankruptcy Court
                         Eastern District of Arkansas
In re:                                                     Case No. 13-13597-jgm
William E Hall                                             Chapter 7
       Debtor              CERTIFICATE OF NOTICE
District/off: 0860-4         User: allisonb              Page 1 of 3            Date Rcvd: Jun 25, 2013
                             Form ID: b9a                Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2013.
```
db          +William E Hall,    1300 Overview,    Jacksonville, AR 72076-5111
5202537     +Arkansas Federal Cred,    Po Box 9,    Jacksonville, AR 72078-0009
5202539     +CBCS,    PO Box 2589,    Columbus, OH 43216-2589
5202540     +Centerpoint,    PO BOx 4583,    Houston, TX 77210-4583
5202543     +Comcast,    2714 S. Shackleford Rd,    Little Rock, AR 72205-6918
5202544     +Dpt Treasury,    Bankruptcy Department/Attn: Locs,    Po Box 1686,    Birmingham, AL 35201-1686
5202548     +ER Solutions,    PO Box 9004,    Renton, WA 98057-9004
5202551     +Jacksonville Water Dept,    P.O. Box 126,    Jacksonville, AR 72078-0126
5202552     +LInebarger Goggan Blair Sampso,    PO Box 44309,    Denver, CO 80201-4309
5202555     +Pioneer Crdt Recovery,    PO Box 189,    Arcade, NY 14009-0189
5202556     +Progressive Financial Services,    1919 W Fairmont Dr Bldg 8,    Tempe, AZ 85282-3194
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: 1gwharris@comcast.net Jun 25 2013 23:31:44     Gregory W. Harris,    Attorney at Law,
               510 West 4th, Suite A,    North Little Rock, AR   72114
tr           EDI: BFSWETZEL.COM Jun 25 2013 23:23:00      Frederick S. Wetzel, III,   Chapter 7 Panel Trustee,
               200 North State Street, Suite 200,    Little Rock, AR   72201-1399
ust         +E-mail/Text: USTPRegion13.LR.ECF@usdoj.gov Jun 25 2013 23:33:25      U.S. Trustee (ust),
               Office Of U. S. Trustee,    200 W Capitol, Ste. 1200,    Little Rock, AR 72201-3618
5202541     +E-mail/Text: bankruptcynotices@cfstwo.com Jun 25 2013 23:39:29      Cfs Ii Inc,
               2488 E 81st St Ste 500,    Tulsa, OK 74137-4214
5202542     +EDI: CHASE.COM Jun 25 2013 23:23:00      Chase,   201 N. Walnut St//De1-1027,
               Wilmington, DE 19801-2920
5202548     +EDI: CONVERGENT.COM Jun 25 2013 23:23:00      ER Solutions,    PO Box 9004,    Renton, WA 98057-9004
5202547     +E-mail/Text: credit7@entergy.com Jun 25 2013 23:33:31      Entergy Gsu,    Po Box 6008,
               New Orleans, LA 70174-6008
5202549      E-mail/Text: data_processing@fin-rec.com Jun 25 2013 23:37:37      Financial Recovery Services,
               PO Box 385908,    Minneapolis, MN 55438-5908
5202550      EDI: IRS.COM Jun 25 2013 23:23:00      Internal Revenue Service,    P.O. Box 105404,
               Atlanta, GA 30348-5404
5202553     +EDI: RESURGENT.COM Jun 25 2013 23:23:00      LVNV Funding,    PO Box 10497,
               Greenville, SC 29603-0497
5202558     +EDI: RMSC.COM Jun 25 2013 23:23:00      Sams Club / GEMB,    Attention: Bankruptcy Department,
               Po Box 103104,    Roswell, GA 30076-9104
5202559     +EDI: WFFC.COM Jun 25 2013 23:23:00      Wells Fargo Hm Mortgag,    Po Box 10335,
               Des Moines, IA 50306-0335
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5202545*     +Dpt Treasury,    Bankruptcy Department/Attn: Locs,    Po Box 1686,    Birmingham, AL 35201-1686
5202546*     +Dpt Treasury,    Bankruptcy Department/Attn: Locs,    Po Box 1686,    Birmingham, AL 35201-1686
5202554*     +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
5202538    ##+Candi Potter,    1801 Madden Rd,    Jacksonville, AR 72076-2632
5202557    ##+Robinson Reagan & Youn,    260 Cumberland Bnd,    Nashville, TN 37228-1804
                                                                                              TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0860-4          User: allisonb              Page 2 of 3              Date Rcvd: Jun 25, 2013
                              Form ID: b9a                Total Noticed: 22

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2013**                              **Signature:**   _Joseph Speetjens_

```
District/off: 0860-4          User: allisonb              Page 3 of 3              Date Rcvd: Jun 25, 2013
                              Form ID: b9a                Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2013 at the address(es) listed below:
              Frederick S. Wetzel, III    frederickwetzel@sbcglobal.net, AR10@ecfcbis.com
              Gregory W. Harris    on behalf of Debtor William E Hall 1gwharris@comcast.net,
               subadesikan@comcast.net;kanitacarter@comcast.net;jones.tanya@comcast.net
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov;eliane.m.archambeault@usdoj.gov
                                                                                             TOTAL: 3
```

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)    Case Number **4:13−bk−13597**

UNITED STATES BANKRUPTCY COURT Eastern District of Arkansas

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/24/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William E Hall
1300 Overview
Jacksonville, AR 72076

| Case Number:<br>4:13−bk−13597<br>Judge: James G. Mixon | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−0846 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Gregory W. Harris<br>Attorney at Law<br>510 West 4th, Suite A<br>North Little Rock, AR 72114<br>Telephone number:  (501) 372−6985 | Bankruptcy Trustee (name and address):<br>Frederick S. Wetzel III<br>Chapter 7 Panel Trustee<br>200 North State Street, Suite 200<br>Little Rock, AR 72201−1399<br>Telephone number:  (501) 663−0535 |

### Meeting of Creditors
Important notice: Individual debtors must provide picture identification and proof of social security number to trustee at this meeting.
Date:  **August 1, 2013**                                    Time:  **08:30 AM**
Location:  **U.S. Trustee's Office, Bank of America Building, 200 W. Capitol, 12th Floor − Rm 1210, Little Rock, AR 72201**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/30/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court<br>300 W. 2nd Street<br>Little Rock, AR 72201<br>Telephone: 501−918−5500 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jean Rolfs |
|---|---|
| Hours Open:  Monday − Friday 8:00 AM − 5:00 PM | Date:  6/25/13 |

| **EXPLANATIONS** | | B9A (Official Form 9A) (12/12) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint ––– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) ––– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any documents that you file in this bankruptcy case should be filed using the court's Electronic Case Filing (ECF) system or at the bankruptcy clerk's office at the Bankruptcy Court address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, on the court's ECF system or at the bankruptcy clerk's office. | |
| Intent to Abandon Property | The trustee may give notice at the meeting of creditors of his intent to abandon property unless objections are filed within 15 days. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |

Refer to Other Side for Important Deadlines and Notices