United States Bankruptcy Court
Eastern District of Arkansas

In re:                                                                    Case No. 13-13597-jgm
William E Hall                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0860-4         User: allisonb              Page 1 of 2              Date Rcvd: Oct 01, 2013
                             Form ID: b18                Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2013.
db          +William E Hall,    1300 Overview,   Jacksonville, AR 72076-5111
5202537     +Arkansas Federal Cred,    Po Box 9,   Jacksonville, AR 72078-0009
5202539     +CBCS,   PO Box 2589,   Columbus, OH 43216-2589
5202540     +Centerpoint,   PO BOx 4583,   Houston, TX 77210-4583
5202543     +Comcast,   2714 S. Shackleford Rd,   Little Rock, AR 72205-6918
5202544     +Dpt Treasury,    Bankruptcy Department/Attn: Locs,   Po Box 1686,   Birmingham, AL 35201-1686
5202548     +ER Solutions,   PO Box 9004,   Renton, WA 98057-9004
5202551     +Jacksonville Water Dept,    P.O. Box 126,   Jacksonville, AR 72078-0126
5202552     +LInebarger Goggan Blair Sampso,    PO Box 44309,   Denver, CO 80201-4309
5202555     +Pioneer Crdt Recovery,    PO Box 189,   Arcade, NY 14009-0189
5202556     +Progressive Financial Services,    1919 W Fairmont Dr Bldg 8,   Tempe, AZ 85282-3194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5219724     +EDI: ATLASACQU.COM Oct 01 2013 23:28:00     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
5202541     +E-mail/Text: bankruptcynotices@cfstwo.com Oct 01 2013 23:37:12     Cfs Ii Inc,
              2488 E 81st St Ste 500,   Tulsa, OK 74137-4214
5202542     +EDI: CHASE.COM Oct 01 2013 23:28:00     Chase,   201 N. Walnut St//De1-1027,
              Wilmington, DE 19801-2920
5202548     +EDI: CONVERGENT.COM Oct 01 2013 23:28:00     ER Solutions,   PO Box 9004,   Renton, WA 98057-9004
5202547     +E-mail/Text: credit7@entergy.com Oct 01 2013 23:35:55     Entergy Gsu,   Po Box 6008,
              New Orleans, LA 70174-6008
5202549      E-mail/Text: data_processing@fin-rec.com Oct 01 2013 23:36:43     Financial Recovery Services,
              PO Box 385908,   Minneapolis, MN 55438-5908
5202550      EDI: IRS.COM Oct 01 2013 23:28:00     Internal Revenue Service,   P.O. Box 105404,
              Atlanta, GA 30348-5404
5202553     +EDI: RESURGENT.COM Oct 01 2013 23:28:00     LVNV Funding,   PO Box 10497,
              Greenville, SC 29603-0497
5202558     +EDI: RMSC.COM Oct 01 2013 23:28:00     Sams Club / GEMB,   Attention: Bankruptcy Department,
              Po Box 103104,   Roswell, GA 30076-9104
5202559     +EDI: WFFC.COM Oct 01 2013 23:28:00     Wells Fargo Hm Mortgag,   Po Box 10335,
              Des Moines, IA 50306-0335
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5202545*    +Dpt Treasury,    Bankruptcy Department/Attn: Locs,   Po Box 1686,   Birmingham, AL 35201-1686
5202546*    +Dpt Treasury,    Bankruptcy Department/Attn: Locs,   Po Box 1686,   Birmingham, AL 35201-1686
5202554*    +Lvnv Funding Llc,   Po Box 10497,   Greenville, SC 29603-0497
5202538    ##+Candi Potter,   1801 Madden Rd,   Jacksonville, AR 72076-2632
5202557    ##+Robinson Reagan & Youn,    260 Cumberland Bnd,   Nashville, TN 37228-1804
                                                                                  TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2013                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2013 at the address(es) listed below:
              Frederick S. Wetzel, III    frederickwetzel@sbcglobal.net, AR10@ecfcbis.com
              Gregory W. Harris    on behalf of Debtor William E Hall 1gwharris@comcast.net,
               kanitacarter@comcast.net;jones.tanya@comcast.net;brechlin.law@gmail.com;subadesikan@comcast.net
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov;eliane.m.archambeault@usdoj.gov
```

```
District/off: 0860-4          User: allisonb            Page 2 of 2            Date Rcvd: Oct 01, 2013
                              Form ID: b18              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 3

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Eastern District of Arkansas
Case No. **4:13–bk–13597**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    William E Hall
    1300 Overview
    Jacksonville, AR 72076

Social Security / Individual Taxpayer ID No.:
    xxx–xx–0846

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                          BY THE COURT

Dated: 10/1/13

                          _James G. Mixon_
                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**
10/1/13